E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2700-GHK(SSx);<br>CV 13-2701-GHK(SSx);<br>**CV 13-2702-GHK(SSx)** | | Date | OCTOBER 21, 2013 |
|---|---|---|---|---|
| Title | SIDNEY CARTER vs. ELI LILLY AND CO.;<br>ERIN HEXUM, et al. vs. ELI LILLY AND CO.;<br>**CLAUDIA HERRERA, et al. vs. ELI LILLY AND CO.** | | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE |
|---|---|

| Irene Ramirez | N/A | N/A |
|---|---|---|
| Relief Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| ANDREA JO. GIOVANNONE | DAVID E. STANLEY |

**Proceedings:**     **(IN CHAMBERS) SCHEDULING CONFERENCE AND SCHEDULING ORDER.**

Court conducts scheduling conference with counsel in each of these three cases, and enters the following scheduling order that shall apply to all three cases:

1. Any stipulation or motion to amend as to any claims, defenses and/or parties shall be lodged/filed by no later than November 21, 2013, failing which it shall be deemed that party's waiver of any such amendments in this action.

2. All discovery (fact and expert) shall be COMPLETED by no later than December 13, 2014. Completion means that any discovery that is not received in hand by the requesting party by the completion date will be denied. If any discovery motions are necessary, the parties shall ensure that they are calendared and heard by the magistrate judge sufficiently in advance of the completion date to permit actual production, by the completion date, of any discovery the judge might order.

3. The parties shall designate their expert witnesses, and make the required disclosures, by no later than September 22, 2014, and do likewise for any rebuttal expert witnesses by no later than October 22, 2014.

4. Inasmuch as we have set this lengthy discovery period based on counsel's request, the discovery completion date will NOT be extended. Moreover, defendant's request for phasing of discovery is DENIED. Any discovery that is common to all three cases shall be deemed to have been taken in each of these cases, and shall not be repeated in each case.

5. The parties shall comply with Local Rule 16-15 by no later than January 12, 2015. Counsel state that they are amenable to attending private mediation. We so direct. If the cases settle, counsel shall notify the court clerk forthwith. If the cases do not settle, counsel shall file a joint status report with the court within 48 hours of termination of settlement discussions.

E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2700-GHK(SSx);<br>CV 13-2701-GHK(SSx);<br>**CV 13-2702-GHK(SSx)** | | Date | OCTOBER 21, 2013 |
|---|---|---|---|---|
| Title | SIDNEY CARTER vs. ELI LILLY AND CO.;<br>ERIN HEXUM, et al. vs. ELI LILLY AND CO.;<br>**CLAUDIA HERRERA, et al. vs. ELI LILLY AND CO.** | | | |

6.  Any motion for summary judgment shall be filed in compliance with the Local Rules, as well as our Order Re: Summary Judgment Motions issued concurrently herewith, by no later than February 27, 2015, and noticed for hearing thereafter regularly under the Local Rules.  Any untimely or non-conforming motion will be denied.

7.  The court will set pre-trial conference and trial dates, if necessary, after resolution of the summary judgment motion(s), if any.

8.  Failure by any party and/or counsel to strictly comply with the Federal and Local Rules, as well as our Orders, will result in the imposition of an appropriate sanction against the offending party/counsel.

**IT IS SO ORDERED.**

| **00** | : | **00** |
|---|---|---|
| Initials of Preparer | | Bea for IR |