David E. Stanley (SBN 144025)
dstanley@reedsmith.com
Katherine W. Insogna (SBN 266326)
kinsogna@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   (213) 457-8000
Facsimile:    (213) 457-8080

Michael X. Imbroscio (*pro hac vice*)
mimbroscio@cov.com
Phyllis A. Jones (*pro hac vice*)
pajones@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Attorneys for Defendant
ELI LILLY AND COMPANY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY CARTER,<br><br>      Plaintiff,<br><br>      v.<br><br>ELI LILLY AND COMPANY, a corporation; and DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No.: CV 13-2700 GHK (FFMx)<br>Case No.: CV 13-2701 GHK (FFMx)<br>Case No.: CV 13-2702 GHK (FFMx)<br><br>**DISCOVERY MATTER**<br>**ELI LILLY & COMPANY'S NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER**<br><br>**HEARING:**<br>Date:     September 2, 2014<br>Time:    10:00 AM<br>Place:    Courtroom E - 9th Floor<br>Judge:   Hon. Frederick F. Mumm<br>Discovery Cutoff: December 13, 2014 |

CV 13-2700, 2701, and 2702

| | |
|---|---|
| 1 | ERIN HEXUM and NICK HEXUM, |
| 2 | Plaintiffs, |
| 3 | v. |
| 4 | |
| 5 | ELI LILLY AND COMPANY, a corporation; and DOES 1 through 50, inclusive, |
| 6 | |
| 7 | Defendants. |
| 8 | CLAUDIA HERRERA and PETER LOWRY, |
| 9 | Plaintiffs, |
| 10 | v. |
| 11 | |
| 12 | ELI LILLY AND COMPANY, a corporation; and DOES 1 through 50, inclusive, |
| 13 | |
| 14 | Defendants. |

CV 13-2700, 2701, and 2702         - 2 -

ELI LILLY & COMPANY'S NOTICE OF MOTION
AND MOTION FOR A PROTECTIVE ORDER

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 2, 2014, at 10 A.M., or at the earliest date at which counsel may be heard before Honorable Magistrate Judge Frederick F. Mumm, in Courtroom E located at 312 North Spring Street Los Angeles, California, Defendant Eli Lilly & Company ("Lilly"), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Rule 37-2, will and does hereby move the Court for a protective order precluding any discovery on Prozac or fluoxetine, including the following discovery served to date: (1) Requests for Production of Documents Nos. 125, 140, and 141 in the *Carter*, *Herrera*, and *Hexum* cases; (2) Notice of Video Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) on Eli Lilly's 1997 Research Symposium on "Discontinuation Syndrome" served in *Carter*; and (3) the Subpoena served on Maurizio Fava, M.D., and Jerrold F. Rosenbaum, M.D.

**Meet and Confer Efforts**

Pursuant to Local Rule 37-1, counsel met and conferred by telephone and in writing as to the matters presented in this motion.

This Motion is based upon this Notice of Motion, the Joint Stipulation of the Parties (filed as Docket # 73) the Declaration of Phyllis A. Jones, the records, pleadings, and files in the action, and any further oral or documentary evidence as the Court shall consider prior to or at the time of the hearing on this Motion.

DATED: August 12, 2014    REED SMITH LLP
                          COVINGTON & BURLING LLP

                          */s/ Phyllis A. Jones*
                          David E. Stanley
                          Katherine W. Insogna
                          Michael X. Imbroscio (*pro hac vice*)
                          Phyllis A. Jones (*admitted pro hac vice*)
                          Attorneys for Eli Lilly & Company

CV 13-2700, 2701, and 2702           - 3 -