| | |
|---|---|
| 1 | Harris L. Pogust (*pro hac vice*) |
| | hpogust@pbmattorneys.com |
| 2 | T. Matthew Leckman (*pro hac vice*) |
| | mleckman@pbmattorneys.com |
| 3 | POGUST BRASLOW & MILLROOD LLC |
| 4 | 161 Washington Street, Suite 1520 |
| | Conshohocken, PA 19428 |
| 5 | T: (610) 941-4204 |
| | F: (610) 941-4245 |
| 6 | |
| 7 | Attorneys for Plaintiffs SIDNEY CARTER, ERIN HEXUM & NICK |
| 8 | HEXUM (h&w), and CLAUDIA HERRERA & PETER LOWRY (h&w) |

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY CARTER,<br>　　　Plaintiff,<br>　　v.<br>ELI LILLY & COMPANY, an Indiana corporation,<br>　　　Defendant.<br>* * * * *<br>ERIN HEXUM & NICK HEXUM,<br>　　　Plaintiff,<br>　　v.<br>ELI LILLY & COMPANY, an Indiana corporation,<br>　　　Defendant.<br>* * * * *<br>CLAUDIA HERRERA & PETER LOWRY,<br>　　　Plaintiff,<br>　　v.<br>ELI LILLY & COMPANY, an Indiana corporation,<br>　　　Defendant. | No.: CV 13-2700 GHK (FFMx)<br>No.: CV 13-2701 GHK (FFMx)<br>No.: CV 13-2702 GHK (FFMx)<br><br>**DISCOVERY MATTER**<br><br>**PLAINTIFFS' NOTICE OF MOTION, OPPOSITION TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER, MOTION TO QUASH AND REQUEST FOR HEARING**<br><br>**HEARING:**<br><br>Date:　September 2, 2014<br>Time:　10:00 AM<br>Place:　Courtroom E - 9th Floor<br>Judge:　Hon. Frederick F. Mumm<br><br>Discovery Cutoff: December 13, 2014 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 2, 2014, at 10 A.M., before the Honorable Magistrate Judge Frederick F. Mumm, in Courtroom E located at 312 North Spring Street Los Angeles, California, above-captioned Plaintiffs, pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Rule 37-2, hereby move the Court to quash Defendant's improper and duplicative subpoenas and deposition notices on Plaintiffs' prescribing physicians and oppose Defendant's motion for protective order precluding discovery on Prozac (fluoxetine).

**Meet and Confer Efforts**

Pursuant to Local Rule 37-1, counsel met and conferred by telephone and in writing as to the matters presented in this motion.

This Motion is based upon this Notice of Motion, the Joint Stipulation of the Parties (filed as Docket # 73 the Declaration of T. Matthew Leckman, the records, pleadings, and files in the action, and any further oral or documentary evidence as the Court shall consider prior to or at the time of the hearing on this Motion.

DATED: August 12, 2014            POGUST BRASLOW & MILLROOD LLC

/s/ T. Matthew Leckman

Harris L. Pogust (*pro hac vice*)
hpogust@pbmattorneys.com
T. Matthew Leckman (*pro hac vice*)
mleckman@pbmattorneys.com
161 Washington Street, Suite 1520
Conshohocken, PA 19428
T: (610) 941-4204
F: (610) 941-4245

Attorneys for Plaintiffs