| | |
|---|---|
| 1 | Harris L. Pogust (*pro hac vice*) |
|  | hpogust@pbmattorneys.com |
| 2 | T. Matthew Leckman (*pro hac vice*) |
|  | mleckman@pbmattorneys.com |
| 3 | POGUST BRASLOW & MILLROOD LLC |
| 4 | 161 Washington Street, Suite 1520 |
|  | Conshohocken, PA 19428 |
| 5 | T: (610) 941-4204 |
|  | F: (610) 941-4245 |
| 6 | |
| 7 | Attorneys for Plaintiffs ERIN HEXUM & NICK HEXUM (h&w), and CLAUDIA |
| 8 | HERRERA & PETER LOWRY (h&w) |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIN HEXUM & NICK HEXUM, | | No.: CV 13-2701 SVW−MAN |
| Plaintiff, | | No.: CV 13-2702 SVW−MAN |
| v. | | **PLAINTIFFS' SECOND NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION** |
| ELI LILLY & COMPANY, an Indiana corporation, | | |
| Defendant. | | [DISCOVERY DOCUMENT: Referred to Magistrate Judge Margaret A. Nagle] |
| * * * * * | | |
| CLAUDIA HERRERA & PETER LOWRY, | | |
| Plaintiff, | | |
| v. | | |
| ELI LILLY & COMPANY, an Indiana corporation, | | |
| Defendant. | | |

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE** that on a date and time convenient to this Court, before the Honorable Magistrate Judge Margaret A. Nagle, in Courtroom 580 located at 255 East Temple Street, Los Angeles, CA 90012-3332, or by telephonic conference, above-captioned Plaintiffs, pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Rule 37-2, Plaintiffs hereby respectfully request relief in the form of the following: an order compelling production of the materials and responses discussed herein. |
| 9 | **Meet and Confer Efforts**. |
| 10 | Pursuant to Local Rule 37-1, counsel met and conferred by telephone and in writing as to the matters presented in this motion. |
| 12 | This Motion is based upon this Notice of Motion, the Joint Stipulation of the Parties (filed as *Herrera* Doc. No.108, and *Hexum* Doc. No. 108), the Declaration of T. Matthew Leckman, the records, pleadings, and files in the action, and any further oral or documentary evidence as the Court shall consider prior to or at the time of the hearing on this Motion. |

DATED: November 14, 2014    POGUST BRASLOW & MILLROOD LLC

/s/ T. Matthew Leckman

Harris L. Pogust (*pro hac vice*)
hpogust@pbmattorneys.com
T. Matthew Leckman (*pro hac vice*)
mleckman@pbmattorneys.com
161 Washington Street, Suite 1520
Conshohocken, PA 19428
T: (610) 941-4204
F: (610) 941-4245

Attorneys for Plaintiffs