| | |
|---|---|
| Harris L. Pogust (*pro hac vice*)<br>hpogust@pbmattorneys.com<br>T. Matthew Leckman (*pro hac vice*)<br>mleckman@pbmattorneys.com<br>POGUST BRASLOW MILLROOD LLC<br>161 Washington Street, Suite 1520<br>Conshohocken, PA 19428<br>Tel.: (610) 941-4204<br>Fax: (610) 941-4245<br><br>Attorneys for Plaintiffs | David E. Stanley (SBN 144025)<br>Katherine W. Insogna (SBN 266326)<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071-1514<br>Telephone: (213) 457-8000<br>Facsimile: (213) 457-8080<br>dstanley@reedsmith.com<br>kinsogna@reedsmith.com<br><br>Michael X. Imbroscio (*pro hac vice*)<br>mimbroscio@cov.com<br>Phyllis A. Jones (*pro hac vice*)<br>pajones@cov.com<br>**COVINGTON & BURLING LLP**<br>1201 Pennsylvania Avenue NW<br>Washington, DC 20004<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291<br><br>Attorneys for Defendant<br>ELI LILLY AND COMPANY |

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN HEXUM & NICK HEXUM,<br>    Plaintiff,<br><br>v.<br><br>ELI LILLY & COMPANY, an<br>Indiana corporation,<br>    Defendant.<br><br>* * * * *<br><br>CLAUDIA HERRERA & PETER LOWRY,<br>    Plaintiff,<br><br>v.<br><br>ELI LILLY & COMPANY, an<br>Indiana corporation,<br>    Defendant. | No.: CV 13-2701 GHK (FFMx)<br>No.: CV 13-2702 GHK (FFMx)<br><br>**JOINT STATUS REPORT ON PLAINTIFFS' DISCOVERY REQUESTS**<br><br>[DISCOVERY DOCUMENT: Referred to Magistrate Judge]<br><br>Discovery Cut-off: Dec. 13, 2014<br>Trial Date: May 5, 2015 |

DC: 5346194-2

1

JOINT STATUS REPORT ON PLAINTIFFS' DISCOVERY REQUESTS

Further to the teleconference with the Court on December 10, 2014 concerning the parties' Joint Stipulation on Plaintiffs' Discovery Requests (Dkt. # 108), the parties submit this joint status report to advise the Court that they are actively conferring regarding the scope and timing of production for the materials that are the subject of the Court's December 10 order directing production of certain additional discovery materials.  Pursuant to the Court's guidance during the December 10 teleconference, the parties will submit promptly a joint stipulation setting deadlines for any additional productions or motions for reconsideration arising from the Court' December 10 Order.

DATED: December 19, 2014

/s/ T. Matthew Leckman
Harris L. Pogust (*pro hac vice*)
hpogust@pbmattorneys.com
T. Matthew Leckman (*pro hac vice*)
MLeckman@pbmattorneys.com
POGUST BRASLOW MILLROOD LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428
Tel.: (800) 897-8930
Fax: (610) 941-4245

*Attorneys for Plaintiffs*


COVINGTON & BURLING LLP

/s/ David E. Stanley
David E. Stanley (SBN 144025)
Katherine W. Insogna (SBN 266326)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: (213) 457-8000
Facsimile: (213) 457-8080
dstanley@reedsmith.com
kinsogna@reedsmith.com

Michael X. Imbroscio (*pro hac vice*)
mimbroscio@cov.com
Phyllis A. Jones (*admitted pro hac vice*)
pajones@cov.com
**COVINGTON & BURLING LLP**
1201 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Eli Lilly & Company*