| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY DUE DATE: |
|---|---|

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME Kevin O'Brien | 2. PHONE NUMBER 610-941-4204 | 3. DATE 03/17/2015 |
|---|---|---|
| 4. FIRM NAME: Pogust Braslow & Millrood, LLC | 5. E-MAIL ADDRESS: kvarallo@pbmattorneys.com | |
| 6. MAILING ADDRESS 161 Washington St., Suite 1520 | 7. CITY Conshohocken | 8. STATE PA / 9. ZIP CODE 19428 |
| 10. CASE NUMBER 2:13-cv-02702 | 11. CASE NAME Claudia Herrera, et al. v. Eli Lilly and Company, et al.. | 12. JUDGE |
| 13. APPEAL CASE NUMBER N/A | 14. ORDER FOR: ☐ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER | |

**15. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 12/10/2014 | CS | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Plaintiffs' Mtn to Compel Production |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

**16. ORDER:** IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☑ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | 19. Transcription agency for digitally recorded proceedings: | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month:          Day:          Year:
Transcript payment arrangements were made with:

17. DATE: 03/17/2015

NAME OF OFFICIAL: _____
Payment of estimated transcript fees were sent on the following date:

18. SIGNATURE: [signature]

Month:          Day:          Year:

G-120 (09/12)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 13-2701-SVW (MANx) <br> CV 13-2702-SVW (MANx)* | Date | December 10, 2014 |
| Title | *Erin Hexum, et al. v. Eli Lilly and Company, et al.* <br> *Claudia Herrera, et al. v. Eli Lilly and Company, et al.* | | |

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| E. Carson | CS |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| T. Matthew Leckman | Phyllis A. Jones |

**Proceedings:**  Plaintiffs' Motion to Compel Production ("Plaintiffs' Motion") [Docket #107]

The case is called. T. Matthew Leckman, of Pogust Braslow Millrood, LLC, appears on behalf of plaintiffs in both cases. Phyllis A. Jones, of Covington & Burling LLP, appears on behalf of defendants in both cases.

The Court hears argument regarding Plaintiffs' Motion and rules as follows, as recited on the record:

Request for Production No. 18: Plaintiffs' Motion is DENIED with respect to this request.

Request for Production No. 19: Plaintiffs' Motion is DENIED with respect to this request.

Request for Production No. 23: Plaintiffs' Motion is GRANTED with respect to this request. Defendant shall produce final approved product labeling for foreign countries or sovereignties from 2004 to present, as well as all versions of the global safety document known as the "Core Data Sheet."

Request for Production No. 46: Plaintiffs' Motion is GRANTED with respect to this request. Defendant shall produce a list of all California sales representatives during the time frame of each Plaintiff's use of Cymbalta and the IMS Health or other sales tracking data relating to sales of Cymbalta by those representatives during the same time frames.

| | | | |
|---|---|---|---|
| Case No. | CV 13-2701-SVW (MANx)* <br> CV 13-2702-SVW (MANx) | Date | December 10, 2014 |
| Title | *Erin Hexum, et al. v. Eli Lilly and Company, et al.* <br> *Claudia Herrera, et al. v. Eli Lilly and Company, et al.* | | |

===================================================================

Request for Production No. 124: Plaintiffs' Motion is DENIED with respect to this request.

Request for Production No. 155: The Court directs counsel to meet and confer regarding this request in an effort to narrow the issues presented in Plaintiffs' Motion. If the parties cannot reach agreement, the Court will schedule a further hearing.

cc: All parties of record

|  | 1 : 06 |
|---|---|
| Initials of Preparer | efc |