| | |
|---|---|
| 1 | Harris L. Pogust (*pro hac vice*) |
| | hpogust@pbmattorneys.com |
| 2 | T. Matthew Leckman (*pro hac vice*) |
| | mleckman@pbmattorneys.com |
| 3 | POGUST BRASLOW & MILLROOD LLC |
| | 161 Washington Street, Suite 1520 |
| 4 | Conshohocken, PA 19428 |
| | T: (610) 941-4204 |
| 5 | F: (610) 941-4245 |
| 6 | Bijan Esfandiari |
| | besfandiari@BaumHedlundLaw.com |
| 7 | BAUM, HEDLUND, ARISTEI & GOLDMAN |
| | A Law Corporation, P.C. |
| 8 | 12100 Wilshire Blvd., Suite 950 |
| | Los Angeles, CA 90025 |
| 9 | T: (310) 207-3233 |
| | F: (310) 820-7444 |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN HEXUM & NICK HEXUM,<br>    Plaintiffs,<br><br>        v.<br><br>ELI LILLY & COMPANY, an Indiana corporation,<br>    Defendant.<br><br>* * * * *<br><br>CLAUDIA HERRERA & PETER LOWRY,<br>    Plaintiffs,<br><br>        v.<br><br>ELI LILLY & COMPANY, an Indiana corporation,<br>    Defendant. | No.: CV 13-2701 SVW-MAN<br>No.: CV 13-2702 SVW-MAN<br><br>**DECLARATION OF T. MATTHEW LECKMAN IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO COMPEL DISCLOSURE OF THE FINANCIAL BIASES OF LILLY CORPORATE WITNESSES WHO WILL TESTIFY AT TRIAL** |

I, T. Matthew Leckman, hereby declare as follows:

1.  I am counsel for above-captioned Plaintiffs in these matters. I make this Declaration based on personal knowledge and am competent to testify to the matters set forth herein.

**DECLARATION OF T. MATTHEW LECKMAN IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO COMPEL DISCLOSURE OF THE FINANCIAL BIASES OF LILLY CORPORATE WITNESSES WHO WILL TESTIFY AT TRIAL**

1

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the transcript of David Perahia's deposition.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript of Sharon Hoog's deposition.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the transcript of Sara Mescher's deposition.

5. Attached hereto as Exhibit 4 is a true and correct copy of Plaintiffs' counsel's April 9, 2015 letter to Lilly's counsel.

6. Attached hereto as Exhibit 5 is a true and correct copy of Lilly's counsel's April 15, 2015 letter in response to Plaintiffs' counsel's April 9, 2015 letter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2015.

    */s/ T. Matthew Leckman*
    T. Matthew Leckman

DECLARATION OF T. MATTHEW LECKMAN IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO COMPEL DISCLOSURE OF THE FINANCIAL BIASES OF LILLY CORPORATE WITNESSES WHO WILL TESTIFY AT TRIAL

2