# EXHIBIT 1

Dr. David Perahia

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3   _____
 4   ERIN HEXUM & NICK HEXUM,        ) No.:
                                     ) CV 13-2701 SVW-MAN
 5              Plaintiffs,          )
                                     )
 6   v                               )
                                     )
 7   ELI LILLY & COMPANY, an         )
     Indiana corporation,            )
 8                                   )
                Defendant.           )
 9   _____)
10   CLAUDIA HERRERA &               )
     PETER LOWRY,                    ) No.:
11              Plaintiffs,          ) CV 13-2702 SVW-MAN
                                     )
12   v                               )
                                     )
13   ELI LILLY & COMPANY, an         )
     Indiana corporation,            )
14                                   )
                Defendant.           )
15   _____)
16      VIDEOTAPED DEPOSITION OF DR. DAVID PERAHIA
17                        On
              Friday, December 12th, 2014
18               At 11:08 a.m.
19                  Taken at:
20           Covington & Burling LLP,
                  265 Strand,
21             London, WC2R 1BH
                United Kingdom
22
23
24
     Reported by:  Georgina Ford, ACR, MAVSTTR, MBIVR
25
```

Golkow Technologies, Inc.                                    Page 1

| | | |
|---|---|---|
| 1 | | the focuses of your research and publication at |
| 2 | | Lilly relating to Cymbalta? |
| 3 | A. | I would probably correct you and say I don't |
| 4 | | know that it's been a particularly strong aspect |
| 5 | | of my research, but I certainly published on the |
| 6 | | subject while at Lilly, yes. |
| 7 | Q. | You've also spent a fair amount of your research |
| 8 | | and publication time comparing Cymbalta to |
| 9 | | other antidepressants, yes? |
| 10 | A. | Certainly I've been involved in a couple of |
| 11 | | trials where Cymbalta has been compared with |
| 12 | | other antidepressants; that's right, yes. |
| 13 | Q. | For instance, Effexor, yes? |
| 14 | A. | Yes, indeed. I was involved in the conduct of |
| 15 | | a study comparing duloxetine with Effexor |
| 16 | | extended release, and I was involved in |
| 17 | | writing up the results of that study. |
| 18 | Q. | Doctor, do you hold shares in Eli Lilly? |
| 19 | A. | Yes, as many employees, myself included, are |
| 20 | | granted shares as part of our remuneration |
| 21 | | package at Lilly. |
| 22 | Q. | So when you say, "remuneration", you mean your |
| 23 | | compensation -- |
| 24 | A. | That's correct -- |
| 25 | Q. | -- your pay in part? |

Dr. David Perahia

```
 1    A.   Sorry.  Yes, that's correct, the compensation
 2         package, yes.
 3    Q.   And what is your annual salary at Lilly?
 4              MR. IMBROSCIO:  Object to the form.
 5              THE WITNESS:  Yes, apologies.  I feel
 6         that's a private matter, and I will decline to
 7         answer.
 8    BY MR. LECKMAN:
 9    Q.   Okay.  I am going to advise you, Doctor, that if
10         you don't answer and your attorneys do not claim
11         a privilege, or even if they do claim
12         a privilege, I'm going to ask the court to
13         require an answer to that question.  So if
14         you're not comfortable with answering today,
15         I understand and I can't make you answer any
16         question, but I will seek the court to force an
17         answer.
18              MR. IMBROSCIO:  That's fine.
19    BY MR. LECKMAN:
20    Q.   Do you understand that?
21              MR. IMBROSCIO:  That's fine.  He
22         understands that.  We've talked with him on
23         that.  He understands that.  He just doesn't
24         feel comfortable giving his salary, which is his
25         prerogative.  If you want to take it up with the
```

```
 1          court, that's fine.
 2               THE WITNESS:  Yes, and I understand what
 3          you're saying, yes.  I understand what you're
 4          able to do, yes.
 5   BY MR. LECKMAN:
 6   Q.    Well, let me ask you this:  are you paid
 7         separately in any shape, form or fashion for
 8         your research and publication responsibilities
 9         at Lilly, or is that all included in the
10         salary that you're paid?
11   A.    That's all part of my package.  There's no
12         particular portion of my compensation which is
13         related to the research or publications.
14   Q.    Have you had any role over the years or any
15         responsibility over the years with respect to
16         recruiting other physicians as key opinion
17         leaders and thought leaders for Lilly?
18   A.    Would you be able to clarify that question for
19         me, please?
20   Q.    Are you familiar with the term "key opinion
21         leader"?
22   A.    Yes, I've heard that term before.
23   Q.    "KOL"?
24   A.    Yes, I'm familiar with that term.
25   Q.    What is a key opinion leader?
```

Dr. David Perahia

```
 1          any evidence in the course of your preparation
 2          to come and testify before our jury here today,
 3          that suggests that Lilly ever took a relative
 4          risk or odds ratio number relating to this study
 5          to any regulatory authority?
 6     A.   I don't recall having seen anything which
 7          suggests that, no.
 8     Q.   Would you agree with me that the way you have
 9          written the results of your analysis in your
10          2005 paper in the Journal of Affective Disorders
11          is the most comprehensive way to describe the
12          withdrawal risk posed by Cymbalta?
13               MR. IMBROSCIO:  Object to the form.
14               THE WITNESS:  I'm not sure I necessarily
15          describe it as the most comprehensive way.  I
16          think it is a paper which clearly communicates
17          the data from the studies that we had available.
18          As a non-statistician, I don't know if there
19          would be more appropriate ways to analyze those
20          data but, for me, this appears to be
21          comprehensive.
22     BY MR. LECKMAN:
23     Q.   Let's mark as Exhibit 13 the e-mail -- did we
24          send it through?  Let's mark as Exhibit 13 the
25          e-mail dated May 30, 2007.
```

Dr. David Perahia

```
 1        glance through 14.
 2              THE WITNESS:  Glance is right.  It's very
 3        long.
 4              MR. IMBROSCIO:  We can proceed.
 5    BY MR. LECKMAN:
 6        Q.  Okay, Doctor.  Exhibit 13 is ...
 7        A.  I have it.
 8        Q.  Okay well, in any event, Exhibit 13 is a May 30,
 9        2007, e-mail from somebody at Boehringer
10        Ingelheim to a litany of Eli Lilly employees
11        including you and James Russell and Nayan
12        Acharya, correct?
13        A.  That's right, yes, it is.
14        Q.  The subject line is "Duloxetine Global FAQ,
15        Final review/feedback requested"?
16        A.  Yes, it is.
17        Q.  And I'll represent to you that the next document
18        we received in production in sequence was the
19        document that we've marked as Exhibit 14, which
20        appears to be what's referred to in the subject
21        line of the e-mail, which is "Duloxetine
22        Clinical Answers Global FAQ".  Have you seen
23        this document before, Doctor?
24        A.  Yes.  I can't be sure that's what's referred
25        to, but it is called "Global FAQ".
```

```
 1              MR. IMBROSCIO:  Matt, we would stipulate
 2        that, just given the Bates numbers, this was
 3        probably the attached document that was sent
 4        back in '07.
 5   BY MR. LECKMAN:
 6   Q.   Yes, so back in '07 what was the purpose of a
 7        Global FAQ for Cymbalta like this?
 8   A.   I think it would have been produced to help the
 9        physicians in the different countries understand
10        more about the data for duloxetine.
11   Q.   And if you look at the Objective section, it
12        says indeed:
13             "The objective of this document is to
14        provide answers to questions that are frequently
15        asked about duloxetine by customers once they
16        have started to learn about duloxetine.  This
17        document is to be used as," bullet point 1:
18             "A tool to train Lilly and Boehringer
19        Ingelheim global physicians who support
20        duloxetine."
21             Correct?
22   A.   Yes, that's right.  That's what it says.
23   Q.   "A tool to aid Lilly and BI global affiliates
24        who provide product information and training."
25             Correct?
```

```
 1    A.   Indeed, yes.
 2    Q.   "A basis from which other objection handling
 3         communications may be developed (e.g.,
 4         responses for sales representatives, speaker
 5         training, etc)."
 6              Correct?
 7    A.   That's right.
 8    Q.   And the last bullet point says:
 9              "A reference source for Lilly and BI
10         internal constituents that is available on
11         DABIS."
12              Correct?
13    A.   Yes, that's correct.  Yes, that's correct.
14    Q.   What is DABIS?
15    A.   Sorry, could you say that again?  I think we
16         missed something you said because we were all
17         waiting for you to speak here.
18    Q.   Sorry.  So the last bullet point says it's:
19              "A reference source for Lilly and BI
20         internal constituents that is available on
21         DABIS."
22              My question is: what is DABIS in this
23         document?
24    A.   If I remember rightly, I think DABIS was a -- it
25         was just a global document repository where
```

```
 1        different documents could be stored and then
 2        accessed by employees.
 3    Q.  So I asked you a minute ago whether or not you
 4        thought the way you wrote about the withdrawal
 5        risk for Cymbalta in your own paper was the most
 6        comprehensive way to describe the risk. Do you
 7        agree or disagree with that?
 8            MR. IMBROSCIO: Object to the form.
 9            THE WITNESS: If I remember rightly, I
10        said that I felt it was appropriate but that I
11        wouldn't necessarily be able to comment on
12        whether there were more appropriate statistics
13        that could have been undertaken because I'm not
14        a statistician.
15    BY MR. LECKMAN:
16    Q.  Okay. Let's turn to page 2960 in the bottom
17        right-hand corner. Do you see the number 70
18        there that says:
19            "Will duloxetine have problems with
20        'discontinuation syndrome' due to the short
21        half-life?"
22            Did I read that correctly?
23    A.  Yes, you did.
24    Q.  And in the column on the right-hand side there
25        is a comment that starts off "DGSP47", right?
```

Dr. David Perahia

| | | |
|---|---|---|
| 1 | A. | Yes, I can just about see that. |
| 2 | | MR. IMBROSCIO: And to be frank, Matt, at |
| 3 | | least the version that has been printed off by |
| 4 | | the court reporter, I would say it's impossible |
| 5 | | to read, but if you can read it, you can read |
| 6 | | it and we will accept what you say, but it's |
| 7 | | just difficult for us to -- I think it's just a |
| 8 | | function of the printing of it, just the |
| 9 | | contrast isn't very good, but just tell us what |
| 10 | | it says and we can proceed. We'll stipulate to |
| 11 | | what it says if you read it. |
| 12 | | MR. LECKMAN: I will. |
| 13 | | BY MR. LECKMAN: |
| 14 | Q. | It says: |
| 15 | | "Comment DGSP47." |
| 16 | | What are the initials of your name, |
| 17 | | Doctor? |
| 18 | A. | DGSP; so that would be me. |
| 19 | Q. | And in the comment box it says: |
| 20 | | "Perahia at el. Journal of Affective |
| 21 | | Disorder is a more comprehensive summary of |
| 22 | | discontinuation effects. You might want to |
| 23 | | update this FAQ taking conclusions from that |
| 24 | | paper." |
| 25 | A. | I can't read it but that sounds reasonable, yes. |

```
 1    Q.   Do you remember writing that?
 2    A.   No.  This document was written years ago.  I
 3         don't specifically recall writing it, but it is
 4         a reasonable thing for me to have written.
 5    Q.   And if we look at the actual text of section 70
 6         there, it looks as if the advice that you're
 7         giving in the column has been heeded and the
 8         section has been written to include the data and
 9         the figures and the numbers from your paper,
10         correct?
11    A.   If I'm honest, I'm not actually sure whether
12         this was written subsequently or whether I was
13         commenting on something in that paragraph.  That
14         isn't clear from this.
15    Q.   Let's get some context.  If you look at the
16         sentence that begins:
17              "In a pooled analysis of 6 short-term (8-9
18         week) treatment trials ..."
19              Do you see that?
20    A.   Yes, I see that.
21    Q.   Right, and then it says:
22              "... in which treatment was stopped
23         abruptly, discontinuation-emergent...adverse
24         were reported by 44.3% and 22.9% of
25         duloxetine- and placebo-treated patients,
```

```
 1              CERTIFICATE OF COURT REPORTER

 2

 3       I, GEORGINA FORD, an Accredited LiveNote Reporter,

 4       hereby certify that the testimony of the witness

 5       DAVID PERAHIA in the foregoing transcript, numbered

 6       pages 1 through 302, taken on Friday, 12 December

 7       2014, was recorded by me in machine shorthand and

 8       was thereafter transcribed by me; and that the

 9       foregoing transcript is a true and accurate verbatim

10       record of the said testimony.

11

12       I further certify that I am not a relative,

13       employee, counsel or financially involved with any

14       of the parties to the within cause, nor am I an

15       employee or relative of any counsel for the parties,

16       nor am I in any way interested in the outcome of the

17       within cause.

18

19

20       Signed:  ........................

21       GEORGINA FORD, ACR, MAVSTTR, MBIVR

22       Dated:   Friday, 12 December 2014

23

24

25
```