# EXHIBIT 4



Pogust Braslow Millrood, LLC

Eight Tower Bridge
101 Washington St. Ste 940
Conshohocken PA 19428
www.pbmattorneys.com

T. Matthew Leckman
Partner
mleckman@pbmattorneys.com

T: (610) 941-4204
F: (610) 941-4245

April 9, 2015

**via *Federal Express and Electronic Mail***
Phyllis A. Jones
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
pajones@cov.com

   RE: *Cymbalta Withdrawal Litigation—*
      *Bias and Motives of Eli Lilly & Co. Trial Witnesses*

Dear Phyllis,

  I hope this letter finds you well. Kindly provide the following information, which is relevant to the bias and motives of Lilly witnesses who may testify at trial in the *Hexum* and *Herrera* matters:

**Lilly Employees**

| | |
|---|---|
| Dr. David Perahia: | Current salary and value of company stock held |
| Dr. Sharon Hoog: | Current salary and value of company stock held |
| Steven Knowles | Current salary and value of company stock held |
| Ms. Sara Mescher: | Current salary |

**Lilly Experts**

| | |
|---|---|
| Dr. Douglas Jacobs: | Total fees for expert consultation in Cymbalta withdrawal litigation paid by Lilly to date |
| Dr. Michael Ferrante: | Total fees for expert consultation in Cymbalta withdrawal litigation paid by Lilly to date |

  Thank you for your prompt attention to this matter. I look forward to hearing from you at your soonest convenience.

                Sincerely,

                T. Matthew Leckman