# EXHIBIT 5

# COVINGTON

BEIJING  BRUSSELS  LONDON  LOS ANGELES
NEW YORK  SAN FRANCISCO  SEOUL
SHANGHAI  SILICON VALLEY  WASHINGTON

Phyllis A. Jones

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5868
pajones@cov.com

**BY ELECTRONIC MAIL**

April 15, 2015

T. Matthew Leckman
Pogust Braslow Millrood, LLC
Eight Tower Bridge
161 Washington Street, Suite 940
Conshohocken, PA 19428

Re:  Herrera v. Eli Lilly & Co. and Hexum v. Eli Lilly & Co.

Dear Matt:

We have your April 9, 2015 correspondence seeking information that, according to your letter, is "relevant to the bias and motives of Lilly witnesses who may testify at trial in the Hexum and Herrera matters." Without adopting your characterization of the subject matter of your letter, we address your specific requests below.

First, as to experts disclosed by Lilly pursuant to the applicable Scheduling Order, Lilly will agree to provide plaintiffs with information on the total fees paid to date to Dr. Michael Ferrante and Dr. Douglas Jacobs in connection with the *Herrera* and *Hexum* matters. We would request and expect that plaintiffs would make the same information available for any experts disclosed by plaintiffs in these matters as trial witnesses.

Second, as to your request for the current salary and company stock value for Dr. Sharon Hoog, Dr. Steven Knowles, and Dr. David Perahia, and the current salary of Sara Mescher, Lilly has already objected to this discovery. Your effort to re-raise the issue at this late stage is untimely, but, more fundamentally, Lilly continues to object to these requests as inappropriate and will not produce this information.

Sincerely,

Phyllis A. Jones