UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN HEXUM & NICK HEXUM,<br>        Plaintiff,<br><br>                v.<br><br>ELI LILLY & COMPANY, an Indiana corporation,<br>        Defendant.<br><br>              * * * * *<br><br>CLAUDIA HERRERA & PETER LOWRY,<br>        Plaintiff,<br><br>                v.<br>ELI LILLY & COMPANY, an Indiana corporation,<br>        Defendant. | No.: CV 13-2701 SVW-MAN<br>No.: CV 13-2702 SVW-MAN<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO COMPEL DISCLOSURE OF THE FINANCIAL BIASES OF LILLY CORPORATE WITNESSES WHO WILL TESTIFY AT TRIAL** |

Upon consideration of Plaintiffs' Ex Parte Application to Compel Disclosure of the Financial Biases of Lilly Corporate Witnesses Who Will Testify at Trial, any response in opposition thereto, and all other relevant documents, it is hereby ORDERED:

1) Lilly shall disclose the salaries of Dr. Perahia, Dr. Hoog, Ms. Mescher, and Dr. Knowles;

2) Lilly shall disclose the value of any company shares (or options) held by Dr. Perahia, Dr. Hoog, Ms. Mescher, and/or Dr. Knowles;

3) The specified portions of the video testimony of Dr. Perahia, Dr. Hoog, and Ms. Mesher may be played at trial; and

4) Exhibits 4 and 5 to Plaintiffs' Ex Parte Application may be offered into evidence at trial.

Dated: _____, 2015

_____
Hon. Stephen V. Wilson
United States District Judge

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN HEXUM & NICK HEXUM,<br>　　　Plaintiff,<br><br>　　　v.<br><br>ELI LILLY & COMPANY, an Indiana corporation,<br>　　　Defendant.<br><br>* * * * *<br><br>CLAUDIA HERRERA & PETER LOWRY,<br>　　　Plaintiff,<br><br>　　　v.<br><br>ELI LILLY & COMPANY, an Indiana corporation,<br>　　　Defendant. | No.: CV 13-2701 SVW-MAN<br>No.: CV 13-2702 SVW-MAN<br><br>**[ALTERNATIVE PROPOSED] ORDER BARRING ALL PARTIES FROM CROSS-EXAMINING ANY WITNESS ON FINANCIAL BIASES** |

Upon consideration of Plaintiffs' Ex Parte Application to Compel Disclosure of the Financial Biases of Lilly Corporate Witnesses Who Will Testify at Trial, any response in opposition thereto, and all other relevant documents, it is hereby ORDERED that all parties are barred from cross-examining any witnesses on financial biases, including salaries, expert fees, or any pecuniary interests.

Dated: _____, 2015　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　Hon. Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER
3