Bijan Esfandiari (SBN: 223216)
besfandiari@baumhedlundlaw.com
R. Brent Wisner (SBN: 276023)
rbwisner@baumhedlundlaw.com
**BAUM HEDLUND ARISTEI & GOLDMAN, P.C**
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

Harris L. Pogust *(pro hac vice)*
hpogust@pbmattorneys.com
T. Matthew Leckman *(pro hac vice)*
mleckman@pbmattorneys.com
**POGUST BRASLOW & MILLROOD, LLC**
161 Washington Street, Suite 1520
Conshohocken, PA 19428
Telephone: (610) 941-4204
Facsimile: (610) 941-4245

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA HERRERA AND PETER LOWRY,<br><br>               Plaintiffs,<br><br>     vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>               Defendant.<br>_____<br><br>ERIN HEXUM and NICK HEXUM,<br><br>               Plaintiffs<br><br>     vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>               Defendant.<br>_____ | Case No. CV 13-02701-SVW-MAN<br>Case No. CV 13-02702-SVW-MAN<br><br>Hon. Stephen V. Wilson<br><br>**DECLARATION OF JOSEPH GLENMULLEN M.D. PURSUANT TO THE COURT'S JULY 31, 2015 ORDER** |

I, Joseph Glenmullen, M.D., declare as follows:

1.     According to the Court's July 31, 2015 Order, I will attempt to explain how the various clinical trials that I reviewed in preparing my reports specifically informed my opinion that the Cymbalta label fails to adequately represent the material risks of Cymbalta withdrawal, i.e., risks that would affect my ability, as a medical

doctor, to properly weigh the risks and benefits of Cymbalta before prescribing the drug to a patient.  The Cymbalta label, as written, and when compared to the clinical trial data that Lilly possessed, does not disclose material information about withdrawal risks.

    a.  First, the Cymbalta label fails to disclose any incident rates for withdrawal as observed in Lilly's clinical trials, and instead states that withdrawal risks occurred at rate of 1% or greater.

    b.  Second, the Cymbalta label states that Cymbalta was systematically studied, but fails to disclose important limitations to Lilly's "systematic" studying, including the failure of Lilly to ever use a symptom checklist or elicited scale in its placebo controlled studies assessing withdrawal (even though Lilly used elicited scales to help establish efficacy over placebo), never studied withdrawal beyond two weeks (even though Lilly's clinical trial data shows that most patients who experience withdrawal have symptoms that last longer than two weeks), and never systematically studied longer tapering regimens, so as to advise doctors about the best way to safely discontinue the drug.

    c.  Third, the Cymbalta label fails to disclose the potential duration associated with withdrawal symptoms, even though Lilly's clinical trials demonstrated that most patients who experience a withdrawal symptom lasted longer than two weeks and the European label, which Lilly has admitted is accurate and true, states that withdrawal can last two to three months or longer.

    d.  Fourth, the Cymbalta label indicates that physicians should gradually decrease the dose of Cymbalta, but fails to disclose that, in Lilly's clinical trial where short-term tapering was specifically measured, the study showed no statistically significant difference between abrupt or tapered discontinuation.  That Lilly had tested a specific short-term tapering

regimen which failed to reduce withdrawal reactions is information I would need to properly prescribe a longer tapering regimen.

e. Fifth, the Cymbalta label also fails to disclose the potential severity as observed in Lilly's *own* trials.  Lilly's clinical trials and clinical trial physicians specifically categorized withdrawal reactions into mild, moderate, and severe, and had data showing that most withdrawal was moderate or severe, but did not relay the high percentage of severe withdrawal reactions to physicians.

2.    The studies I examined inform my opinions on these topics in different ways.  For instance, if a study were completed after Ms. Herrera was prescribed Cymbalta, then the study might affect my general causation opinion, but it would not (and could not) inform my opinion as to whether the label adequately reflected that information when Ms. Herrera was prescribed Cymbalta.

3.    Before getting into the specific clinical data that I considered, it is important to also understand the steps that had to be taken to collect the documents I ultimately reviewed.  I understand it was a laborious and difficult task, made even more difficult by Lilly's failure to actually identify, within the millions of pages of documents produced, the location of the clinical trial study reports of every clinical trial wherein withdrawal was measured.

4.    My original report, which was completed in September 2014, was prepared relying on data published by Lilly in 2005 in the Journal of Affective Disorders.  The publication, which I will refer to as Lilly's Perahia article, was the only published, peer-reviewed pooled analysis conducted by Lilly to specifically evaluate Cymbalta's risks of causing withdrawal.  The study, which is discussed in length in my original report, involved a pooled analysis of eight placebo-controlled studies and one long-term open-label clinical trial conducted by Lilly.  This data directly supported the opinions expressed in my original report.  The Perahia article indicated there was a significant (approximately 45%) risk associated with Cymbalta

withdrawal that was not adequately reflected in the label, which only provided figures of 1% and 2%.

5.      It is my understanding that, following the issuance of my original report and my deposition in November 2014, Lilly was specifically asked to produce all Cymbalta clinical trials wherein withdrawal was measured, which included not only the studies mentioned in the Perahia article, but all studies conducted thereafter.  In response, Lilly provided a spreadsheet listing numerous document bates ranges, which encompassed over 2,476,400 pages.  At my request, a search was undertaken to determine if these pages were actually the clinical trials in which withdrawal was measured.  It is my understanding that the pages listed in the spreadsheet *did not* identify those clinical trials wherein discontinuation was measured, but simply identified the majority of the Cymbalta regulatory file, including documents unrelated to clinical trials.

6.      However, a document was located containing a pooled analysis of all of Lilly's clinical trial data as of October 19, 2011 ("2011 Pooled Analysis").[1]  Lilly periodically initiates a "data lock" wherein all the data in Lilly's system is "locked" to allow a snapshot of data for various types of analysis.  The 2011 Pooled Analysis, which spans 2,251 pages, is a regulatory submission, titled "Supportive Optional Document to the Duloxetine Core Data Sheet Pre-Read Based on Clinical Trial Data in the Adult Population" and is a report updating data after an October 19, 2011 data lock.  This document is the third of its kind.  Lilly conducted similar pooled analyses for data locks in 2009 and 2010, based on what I have seen in the documents.  The 2011 Pooled Analysis, however, appears to be the last pooled analysis conducted by Lilly that I could locate, which incorporates all the data in Lilly's possession about Cymbalta as of October 19, 2011.

---

[1] This document was disclosed as part of my reliance material.

DECLARATION OF JOSEPH GLENMULLEN, M.D.

7.     The 2011 Pooled Analysis does not contain a narrative report about how the data was collected or broken down.  It is, in fact, entirely composed of tables.  The first table, Table 2.1, details all the clinical trials that were completed between the previous data lock of April 23, 2010 and the most recent data lock of October 19, 2011.  Table 2.2, which is displayed below, lists out all of the placebo-controlled trials completed up to April 23, 2010.  For example, the eight placebo controlled clinical trials used in the 2005 pooled analysis for the Perahia article are all listed in the table in the MDD (Major Depressive Disorder) section:  F1J-MC-HMAQ(a) (Apr. 1, 2005), F1J-MC-HMAQ(b) (Oct. 2, 2001), F1J-MC-HMBH(a) (Jul. 27, 2001), F1J-MC-HMBH(b) (Aug. 6, 2001), F1J-MC-HMAT(a) (Sept. 17, 2001), F1J-MC-HMAT(b) (Sept. 17, 2001), F1J-MC-HMAY(a) (Jan. 15, 2003), and F1J-MC-HMAY(b) (Jan. 15,

**Table 2.2.**     **Studies Included in the All Placebo-Controlled Analyses Set as of Previous Database Integration on 23 April 2010**

| Indication | Study Codes |
|---|---|
| OA | F1J-MC-HMFG, F1J-MC-HMEP |
| CLBP | F1J-MC-HMEO, F1J-MC-HMGC, F1J-MC-HMEN (acute) |
| Fibromyalgia | F1J-MC-HMCA, F1J-MC-HMBO, F1J-MC-HMEF, F1J-MC-HMCJ, F1J-US-HMGB |
| GAD | F1J-MC-HMBR, F1J-MC-HMDT, F1J-MC-HMDU, F1J-MC-HMDW |
| DPNP | F1J-MC-HMAVa (acute), F1J-MC-HMAVb (acute), F1J-MC-HMAW (acute), F1J-MC-HMEQ |
| MDD | F1J-MC-HMAG, F1J-MC-HMAH, F1J-MC-HMAI, F1J-MC-HMAQa, F1J-MC-HMAQb, F1J-MC-HMATa, F1J-MC-HMATb, F1J-MC-HMAYa, F1J-MC-HMQYb, F1J-MC-HMBHa, F1J-MC-HMBHb, F1J-MC-HMBV, F1J-US-HMCB, F1J-US-HMCR, F1J-MC-HQAC (also referred to as H8I-MC-HQAC), F1J-BI-HMDH, F1J-US-HMFS |
| SUI | F1J-MC-SAAW, F1J-MC-SBAB (acute), F1J-MC-SBAF (acute), F1J-MC-SBAM (acute), F1J-MC-SBAT, F1J-MC-SBAV, F1J-MC-SBAX, F1J-MC-SBBA, F1J-EW-SBCC, F1J-MC-SBBR (acute), F1J-MC-SBBT, F1J-MC-SBBU, F1J-MC-SAAI, F1J-MC-SAAL, F1J-MC-SBCM |
| Other LUTD | F1J-MC-SAAA, F1J-MC-SAAB, F1J-MC-SAAH, F1J-MC-SBBL, F1J-MC-SBBO (acute) |

Abbreviations: CLBP = chronic low back pain; DPNP = diabetic peripheral neuropathic pain; GAD = general anxiety disorder; LUTD = lower urinary tract disorder; MDD = major depressive disorder; OA=osteoarthritis of the knee; SUI = stress urinary incontinence.

2003).

8.     The 2011 Pooled Analysis, also contains a table, Table 2.3 displayed below, listing all clinical trials conducted on Cymbalta up to the April 23, 2010 data lock, including open-label trials.  For example, the fifty-two week open-label trial used in the Perahia article, F1J-MC-HMAU (Feb. 13, 2003), is included in Table 2.3.

Table 2.3.     Studies Included in the Overall Duloxetine Exposures Analyses Set as of Previous Database Integration on 23 April 2010

| Indication | Study Codes |
|---|---|
| OA | F1J-MC-HMFG, F1J-MC-HMEP |
| CLBP | F1J-MC-HMEO, F1J-MC-HMGC, F1J-MC-HMEN (acute), F1J-MC-HMEN (extension) |
| Fibromyalgia | F1J-MC-HMCA, F1J-MC-HMBO, F1J-MC-HMEF, F1J-MC-HMCJ, F1J-MC-HMEH, F1J, US-HMGB |
| GAD | F1J-MC-HMBR, F1J-MC-HMDT, F1J-MC-HMDU, F1J-MC-HMDW, F1J-MC-HMDV |
| DPNP | F1J-MC-HMEM, F1J-MC-HMEQ, F1J-MC-HMAVa (acute), F1J-MC-HMAVb (acute), F1J-MC-HMAW (acute), F1J-MC-HMAVa (extension), F1J-MC-HMAVb (extension), F1J-MC-HMAW (extension), F1J-MC-HMBT, F1J-MC-HMDY |
| MDD | F1J-MC-HMAG, F1J-MC-HMAH, F1J-MC-HMAI, F1J-MC-HMAQa, F1J-MC-HMAQb, F1J-MC-HMATa, F1J-MC-HMATb, F1J-MC-HMAYa, F1J-MC-HMAYb, F1J-MC-HMBHa, F1J-MC-HMBHb, F1J-MC-HMBV, F1J-US-HMCB, F1J-US-HMCR, F1J-MC-HQAC (also referred to as H8I-MC-HQAC), F1J-BI-HMDH, F1J-EW-E001, F1J-MC-HMAU, F1J-MC-HMBC, F1J-MC-HMBU, F1J-US-HMBY, F1J-US-HMBZ, F1J-MC-HMCU, F1J-MC-HMCQ, F1J-AA-HMCV, F1J-MC-HMCX, F1J-MC-HMCY, F1J-AY-HMCZ, F1J-MC-HMDD, F1J-MC-HMDG, F1J-MC-HMDG/HMED, F1J-US-HMDR, F1J-US-HMFT, F1J-MC-HMDI, F1J-BI-HMES, F1J-US-HMFS |
| SUI | F1J-MC-SAAW, F1J-MC-SBAB (acute), F1J-MC-SBAF (acute), F1J-MC-SBAM (acute), F1J-MC-SBAT, F1J-MC-SBAV, F1J-MC-SBAX, F1J-MC-SBBA, F1J-EW-SBCC, F1J-MC-SBBR (acute), F1J-MC-SBBT, F1J-MC-SBBU, F1J-MC-SAAI, F1J-MC-SAAL, F1J-MC-SBAB (extension), F1J-MC-SBAF (extension), F1J-MC-SBAM (extension), F1J-MC-SBBR (extension), F1J-EW-SBCC (extension), F1J-MC-SBAV/SBAW, F1J-MC-SBAT/SBAU, F1J-MC-SBAX/SBBM, F1J-MC-SBAY, F1J-MC-SBCT, F1J-US-SBCD, F1J-BI-SBCM |
| Other LUTD | F1J-MC-SAAA, F1J-MC-SAAB, F1J-MC-SAAH, F1J-MC-SBBL, F1J-MC-SBBO (acute), F1J-MC-SBBO (extension), F1J-MC-SBBX |
| MDD, DPNP, GAD and FMS | F1J-MC-HMCN |

Abbreviations: DPNP = diabetic peripheral neuropathic pain; GAD = general anxiety disorder; LUTD = lower urinary tract disorder; MDD = major depressive disorder; OA = osteoarthritis of the knee; SUI = stress urinary incontinence.

9.     The 2011 Pooled Analysis, which focuses on general safety data for treatment-emergent adverse events, i.e., adverse events that occured while taking the drug, also contains two tables that display pooled data for adverse events for those tapering off Cymbalta, Table 3.5, and those abruptly stopping Cymbalta, Table 3.6. The first pages of these tables are displayed below.

10.     For abrupt discontinuation, Table 3.6 indicates that 1,582 patients taking duloxetine were abruptly stopped, and of them, 512 (32.4%) experienced an adverse

DECLARATION OF JOSEPH GLENMULLEN, M.D.

event, whereas, of the 1,166 patients in the placebo arms of the pooled clinical trials, 259 (22.2 %) experienced an adverse event.  The difference is statistically significant. Table 3.6 pools together all doses of Cymbalta, so it is unclear how much of this data relates to abrupt discontinuation of one dose, i.e., 20 mg a day, versus abrupt discontinuation of a higher, 120 mg a day, dose.  Based on the data in the Perahia article, there is a statistically significant difference for withdrawal reactions for the higher 120 mg. dose, but those distinctions are not apparent in the pooled analysis.

Table 3.6.  **Abrupt Discontinuation-Emergent Adverse Events, All Patients Who Entered the Abrupt Discontinuation Phase, All Placebo-Controlled Analyses Set, for Current Database Lock on 19 October 2011**

Abrupt Discontinuation-Emergent Adverse Events
All Patients Who Entered the Abrupt Discontinuation Phase
All Placebo-Controlled Analyses Set

| MedDRA Preferred Term | PLACEBO (N=1166) n (%) | DULOXETINE (N=1582) n (%) | TOTAL (N=2748) n (%) | CMH p-Value (a) | Fisher's Exact p-Value (b) | CRITERIA | | |
|---|---|---|---|---|---|---|---|---|
| Patients with >= 1 Discontinuation-Emergent Adverse Event | 259 (22.2) | 512 (32.4) | 771 (28.1) | <.001 | <.001 | A | | C |
| Dizziness | 10 (0.9) | 121 (7.6) | 131 (4.8) | <.001 | <.001 | A | B | |
| Headache | 28 (2.4) | 78 (4.9) | 106 (3.9) | <.001 | <.001 | A | B | |
| Nausea | 6 (0.5) | 68 (4.3) | 74 (2.7) | <.001 | <.001 | A | B | |
| Insomnia | 12 (1.0) | 32 (2.0) | 44 (1.6) | .059 | .045 | | | |
| Nasopharyngitis | 16 (1.4) | 24 (1.5) | 40 (1.5) | .692 | .872 | | | |
| Diarrhoea | 7 (0.6) | 29 (1.8) | 36 (1.3) | .002 | .006 | A | B | |
| Irritability | 4 (0.3) | 22 (1.4) | 26 (0.9) | .001 | .005 | A | B | |
| Anxiety | 6 (0.5) | 19 (1.2) | 25 (0.9) | .039 | .069 | A | B | |

N = Number of patients who entered abrupt discontinuation phase.
n = Number of patients with abrupt discontinuation-emergent adverse event.
baseline: VISSTD 1-199 (used patients last two visits), postbaseline: VISSTD 700-799

(a) Frequencies are analyzed using Cochran-Mantel-Haenszel test for general association controlling for study.
(b) Fisher's Exact Test.

MedDRA Version: 14.0
Criterion A: Adverse event rate higher in Duloxetine group than in Placebo group and CMH P-value < 0.05.
Criterion B: Adverse event rate in Duloxetine group is twice that of Placebo group and rate in Placebo group greater than zero.
Criterion C: Adverse event rate in Duloxetine group is greater than or equal to 10 percent.

Program: home/lillyce/prd/ly248686/integrations/pedss_adult/programs_stat/fqaesc4
Output: home/lillyce/prd/ly248686/integrations/pedss_adult/program_stat/fqaesc41.rtf
Data: home/lillyce/prd/ly248686/integrations/q311sidb/data/ads

11. For tapered discontinuation, Table 3.5 indicates that 3,213 patients taking duloxetine were tapered off Cymbalta in some form, and of them, 597 (18.6%) experienced an adverse event, whereas, of the 2,738 patients in the placebo arms of the trials, 302 (11%) experienced an adverse event.  The difference is statistically significant.  Table 3.5 pools together all doses of Cymbalta and does not specify what sort of tapering regimen was used, so it is unclear how much of this data relates to

tapering off Cymbalta from 30 mg a day over two weeks, versus tapering off Cymbalta
of a larger dose, i.e., 120 mg a day.

12.    The 2011 Pooled Analysis also appears to contain a large amount of  data
from clinical trials that have nothing to do with Cymbalta' approved indications.
Specifically, many of the clinical trials that the pooled analysis is based on come from
trials involving treatment of Osteoarthritis in the knee (OA), Stress Urinary
Incontinence (SUI), Lower Urinary Tract Disorder (LUTD), and Chronic Lower Back
Pain (CLBP).  Many of these trials contain withdrawal data that is surprisingly low or
contain unexpected results.  For example, in F1J-MC-HMFG (Dec. 1, 2008), which is
an OA trial, tapered discontinuation off Cymbalta 120 mg QD only yielded withdrawal
reactions in 3.4% of patients—a surprisingly low rate.  In F1J-MC-HMEN (Mar. 4,
2009), a CLBP trial, 75% of patients taking placebo experienced withdrawal reactions
(as opposed to 25% on Cymbalta), which is a high rate for placebo.  Similarly, in F1J-
MC-HMCG (Sept. 10, 2009), another CLBP trial, 4.2% of patients taking placebo
experienced withdrawal whereas only 3.8% of patients tapering off Cymbalta 60 mg
QD experienced withdrawal—another very low incident rate for the drug.

13.    To better understand the data in the 2011 Pooled Analysis at my request,
there was an attempt to collect the withdrawal data from all the clinical trials identified
in Tables 2.1, 2.2, and 2.3, a process I understand took over 250 hours.  Specifically,
the Cymbalta database produced by Lilly was searched to locate the study protocol and
clinical study report (a several-thousand page document) for each clinical trial
identified in Tables 2.1, 2.2, and 2.3.  Each protocol was then examined at my
direction to determine whether discontinuation symptoms were measured.  If the study
did measure discontinuation data, then I reviewed the study protocol and examined the
withdrawal data.  This was a difficult task since Lilly's discontinuation data was not
always described using the same terminology.  In certain studies, discontinuation data
is referred to as discontinuation-emergent signs and symptoms (DESS), in other trials
it is called discontinuation-emergent adverse events (DEAEs) or taper-emergent

adverse events (TEAEs) or, when the events occur during the final study period where the patients discontinue the drug, it was described as treatment-emergent adverse events (also TEAEs).  Moreover, the results of several of the clinical trials identified in Tables 2.1 and 2.2, were simply not able to be located in the database produced by Lilly.

14.    Despite these obstacles, twenty-eight clinical trials were located that, in some capacity, measured withdrawal reactions.  The 2011 Pooled Analysis involving discontinuation reactions included 8,699 clinical trial participants (in the placebo and treatment arms).  In total, the twenty-eight clinical trials that I reviewed included 7,628 clinical trial participants, 6,552 from placebo controlled trials and 1,076 from open-label or active-controlled trials.  Thus, by reviewing these twenty-eight studies, of which twenty-four are placebo-controlled studies, I reviewed over 75% of the underlying placebo-controlled clinical trial data involving discontinuation symptoms in Lilly's possession as of October 19, 2011.  To put that in context, of the 8,699 clinical patients in the 2011 Pooled Analysis, 2,041 were studied in the Perahia article.

15.    A review of these underlying clinical trials revealed several important observations about Lilly's clinical trial data on withdrawal.  First, there is surprising variability among the clinical trials with regard to the rates of discontinuation symptoms for both duloxetine and placebo groups.  This may be due to the varying indications, drug doses, treatment durations, and populations in these various different studies.  The wide heterogeneity of the data in this pooled analysis, in my opinion, makes it less reliable, in this case, than the Perahia analysis.  Second, Lilly did not use a withdrawal symptom checklist in measuring discontinuation symptoms in *any* of its placebo-controlled trials.  As stated in Lilly's Perahia article, use of such a scale, i.e., the scale that Lilly specifically developed for its Prozac studies, would likely have yielded higher incident rates for withdrawal.  Third, Lilly did not measure discontinuation symptoms for periods of time longer than two to three weeks, even though the data from the Perahia article demonstrated that the majority of patients

experienced withdrawal for longer than two weeks.  Fourth, in reporting withdrawal risks, Lilly used inconsistent methodology.  In some trials, Lilly only counted the number of patients experiencing adverse events against the number of patients that entered the discontinuation phase—the approach Dr. Perahia took in his analysis.  In other trials, however, Lilly counted the number of patients experiencing discontinuation symptoms against the total number of patients that first entered the study.  This latter approach makes the denominator much larger (since there is attrition during the treatment phase) and it decreases the overall incident rate of discontinuation symptoms.[2]

16.    The Court has asked me, for each of the clinical trials I reviewed in this case, to provide a detailed description of (1) how I considered each study; (2) whether I relied on each study; (3) if I relied, the nature of my reliance; and (4) if I did not rely, my reason for not relying on the study.  In response to the Court's order, I discuss each of the clinical trials I examined below.  I, however, think it is important to understand that relying on any one clinical trial, in isolation, was not my approach.  Looking at the results of a specific clinical trial can add important information—particularly, if that trial is different from the others in some important respect—but, my review of this data was meant to better understand and consider, generally, the data Lilly possessed on discontinuation symptoms.  Thus, for each study described below, I (1) reviewed the study protocol and design and then examined the results of the relevant discontinuation data as presented in Lilly's clinical trial reports (or some version of the report, i.e., clinical trial synopsis), (2) examined each study to better understand how Lilly's data was collected and measured, and (3) relied on the data, generally, to evaluate whether the risks disclosed in the Cymbalta label accurately reflect data that Lilly possessed.

17.    In my report addendum of June 29, 2015, on pages 1 and 2, I discuss in

---

[2] For example, imagine 1000 people enter a study, but only 500 complete the treatment phase and enter the discontinuation phase of the study.  Then during the discontinuation phase, 250 patients experience adverse events. Using Dr. Perahia's approach, the percentage of discontinuation is 250 divided by 500 (the number of patients who entered the discontinuation phase), for an incident rate of 50%.  If, however, one counts the number of adverse events (250) against the total number that entered the study, then the incident rate would only be 25%, i.e., 250 / 1000.

DECLARATION OF JOSEPH GLENMULLEN, M.D.

detail F1J-MC-HMBU (Sept. 2003, amended Jan. 2007) and F1J-MC-HMCQ (Nov. 2004), which were the only clinical trials where Lilly used a symptom checklist in the tapered discontinuation phase of the trials.  The results showed that, using the checklist, between 74.1% and 78.1% of patients treated with Cymbalta experienced withdrawal.  Because HMBU and HMCQ were not placebo-controlled trials, the withdrawal data from these studies were not included in the 2011 Pooled Analysis. These trials, as I explained in my addendum, are relevant to my opinion because one of my primary criticisms of Lilly's clinical trial data is that the company failed to use an elicited scale to assess withdrawal.  I expressed this opinion in my original report.  In HMBU and HMCQ—two double-blind, active comparator trials—Lilly *did* use an elicited scale and obtained withdrawal rates consistent with Cymbalta's short 12-hour half life and Lilly's earlier Prozac studies using elicited scales for other antidepressants.  This too was discussed in my original report.

18.     In my addendum of June 29, 2015, on pages 7 to 9, I also discussed, in detail, F1J-MC-HMBR, which is the only clinical trial in which Lilly specifically compared discontinuation data for patients who tapered and abruptly discontinued Cymbalta. The clinical trial showed no statistically significant difference between tapering and abrupt discontinuation.  In an internal company email, Lilly's own medical director, Dr. Michael Detke, acknowledged the significance of this data, and that it was inconsistent with the Cymbalta label language.  This is relevant to my opinion about the adequacy of the Cymbalta label because the data from HMBR was never included in the Cymbalta label, and in my opinion, knowing that a specific tapering regimen failed to make any difference in the risks of withdrawal is information I would need in order to tailor a more gradual tapering regimen for a patient trying to discontinue Cymbalta.  If the label disclosed that tapering over a period of two weeks, with a 30 mg step-down, did not improve the risks of withdrawal, then as a physician I would know patients need to more gradually taper Cymbalta over a longer period of time.

DECLARATION OF JOSEPH GLENMULLEN, M.D.

19.     The remaining twenty-five clinical trials I examined to evaluate Lilly's
withdrawal data are to the best of my knowledge:

    a.   **HMAQ(a)** (Apr. 1, 2005) and **HMAQ(b)** (Oct. 2, 2001) are both MDD
studies that used the same study protocol.  Both of these studies were
included in Lilly's Perahia analysis.  The studies measured
discontinuation rates following abrupt discontinuation of duloxetine (20-
60 mg), fluoxetine, and placebo.  The trials did not use a symptom
checklist to measure withdrawal.  HMAQ(a), which included 113
participants, showed withdrawal rates of 73.9% for duloxetine versus
42.9% for fluoxetine and 34.8% for placebo, which was statistically
significant.  HMAQ(b), which included 124 participants, showed
withdrawal rates of 52.6% for duloxetine versus 39.1% on fluoxetine and
25.0% for placebo, which was statistically significant.

    b.   **HMBH(a)** (Jul. 1, 2005) and **HMBH(b)** (Aug. 6, 2001) are both MDD
studies that used the same study protocol.  Both of these studies were
included in Lilly's Perahia analysis.  The studies measured
discontinuation rates following abrupt discontinuation of duloxetine (60
mg) and placebo.  The trials did not use a symptom checklist to measure
withdrawal.  HMBH(a), which included 166 participants,  showed
withdrawal rates of 40% for duloxetine versus 14% for placebo, which
was statistically significant.  HMAQ(b), which included 168 participants,
showed withdrawal rates of 38.5% for duloxetine versus 20% for placebo,
which was statistically significant.

    c.   **HMAT(a)** (Sept. 17, 2001) and **HMAT(b)** (Sept. 17, 2001) are both
MDD studies that used the same study protocol.  Both of these studies
were included in Lilly's Perahia analysis.  The studies measured
discontinuation rates following abrupt discontinuation of duloxetine (20
mg BID, 40 mg BID), paroxetine (20 mg QD), and placebo.  The trials did

not use a symptom checklist to measure withdrawal.  HMAT(a), which included 243 participants, showed withdrawal rates of 32.8 – 36.5% for duloxetine versus 31.7% for paroxetine and 19.4% for placebo, which was statistically significant.  HMAT(b), which included 209 participants, showed withdrawal rates of 43.4 – 47.3% for duloxetine versus 36.7% for paroxetine and 23.1% for placebo, which was statistically significant.

d. **HMAY(a)** (Jan. 15, 2003) and **HMAY(b)** (Jan. 15, 2003) are both MDD studies that used the same study protocol.  Both of these studies were included in Lilly's Perahia analysis.  The studies measured discontinuation rates following abrupt discontinuation of duloxetine (40 mg BID, 60 mg BID), paroxetine (20 mg QD), and placebo.  These trials, unlike the other MDD ones, only contained an acute treatment phase of 6 weeks followed by a 21-week extension stage and were specifically designed to test maintenance efficacy.  Discontinuation symptoms were measured only after the extension phase, which only included a subset of patients selected by the investigator.  The trials did not use a symptom checklist to measure withdrawal.  HMAY(a), which included 222 participants, showed withdrawal rates of 15 – 16.1% for duloxetine versus 11.5% for paroxetine and 2.6% for placebo.  HMAY(b), which included 243 participants, showed withdrawal rates of 1.7 – 3.2% for duloxetine versus 1.6% for paroxetine and 1.6% for placebo.  These withdrawal rates are surprisingly low, which is likely due to the unique design of the protocol, involving a short extension phase that only included select patients, potentially biasing the results.

e. **HMBC** (Sept. 23, 2003, amended Jan. 5 2007) is an MDD study. This trial was not included in Lilly's Perahia analysis.  The study measured discontinuation rates following abrupt discontinuation of duloxetine (60 mg QD, 60 mg BID), paroxetine (60 mg QD) and placebo.  This trial

contained a unique protocol wherein a twelve week open label phase was followed by randomization into the four study arms for twenty-six weeks. The trial did not use a symptom checklist to measure withdrawal. HMBC, which included 200 participants, showed withdrawal rates of 30.3 – 45.5% for duloxetine versus 27.7% for paroxetine and 3.7% for placebo.

f.  **HMAV(a)** (Dec. 08, 2003) and **HMAV(b)** (Sept. 22, 2004) are both diabetic peripheral neuropathic pain studies (DPNP) that used the same study protocol. These trials were not included in Lilly's Perahia analysis. The study measured discontinuation rates following tapered discontinuation of duloxetine (60 mg QD, 60 mg BID) and placebo. The trials also contained a one-year open label extension phase. The trials did not use a symptom checklist to measure withdrawal. HMAV(a), which included 334 participants, showed withdrawal rates of 6.1 – 8.9% for duloxetine versus 10.2% for placebo. HMAV(b), which included 348 participants, showed withdrawal rates of 6 – 6.9% for duloxetine versus 6.9% for placebo. In these trials, the discontinuation data was calculated using the total number of patients that entered the study, not the smaller number that entered the taper phase.

g.  **HMBV** (Nov. 23, 2004) is an MDD study. This trial was not included in Lilly's Perahia analysis. The study measured discontinuation rates following tapered discontinuation of duloxetine (60 mg QD) and placebo. The treatment phase was only 6-7 weeks. The trial did not use a symptom checklist to measure withdrawal. HMBV, which included 242 participants, showed withdrawal rates of 14.2% for duloxetine versus 10% for placebo.

h.  **HMCA** (June 24, 2004) is a fibromyalgia study. This trial was not included in Lilly's Perahia analysis. The study measured discontinuation rates following tapered discontinuation of duloxetine (60 mg QD and 60

mg BID) and placebo. The trial did not use a symptom checklist to measure withdrawal.  HMCA, which included 354 participants, showed withdrawal rates of 19 – 23.7% for duloxetine versus 7.5% for placebo, which was statistically significant.

i. **HMCL** (Mar. 02, 2012) is a MDD study. This trial was not included in Lilly's Perahia analysis.  The study measured discontinuation rates following tapered discontinuation of duloxetine (30 mg QD, 60 mg QD, and 120 mg QD), fluoxetine (10 mg QD, 20 mg QD, and 40 MG QD), and placebo. The trial did not use a symptom checklist to measure withdrawal.  HMCL, which included 208 participants, showed withdrawal rates of 15.9% for duloxetine versus 15.7% for fluoxetine and 0% for placebo, which was statistically significant.

j. **HMCV** (Dec. 07, 2005 *amended* July 2006) is a MDD study. This trial was not included in Lilly's Perahia analysis.  The study measured discontinuation rates following tapered discontinuation of duloxetine (60 mg QD) and paroxetine (20 mg QD). The trial did not use a symptom checklist to measure withdrawal.  HMCV, which included 476 participants, showed withdrawal rates of 10.1% for duloxetine versus 10.5% for paroxetine, which was not statistically significant.  In this trial, the discontinuation data was calculated using the total number of patients that entered the study, not the smaller number that entered the taper phase. These rates would be higher if the discontinuation symptoms were counted against the smaller number of patients who entered the discontinuation phase.

k. **HMDI** (July 24, 2008) is a MDD study. This trial was not included in Lilly's Perahia analysis.  The study measured discontinuation rates following tapered discontinuation of duloxetine (60 mg QD and 120 mg QD) and placebo. The trial did not use a symptom checklist to measure

withdrawal.  The trial had an extension phase and maintenance phase.  For those patients who tapered following the continuation phase, which included 31 participants, the withdrawal rates were 50-61.5% for duloxetine versus 0% for placebo, which was statistically significant.  For those patients who tapered following the maintenance phase, which included 109 participants, the withdrawal rates were 23% for duloxetine versus 8.3% for placebo, which was statistically significant.

l.  **HMEQ** (Oct. 29, 2008) is a DPNP study.  This trial was not included in Lilly Perahia analysis.  The study measured discontinuation rates following tapered discontinuation of duloxetine (60 mg QD and 120 mg QD) and placebo.  The trial did not use a symptom checklist to measure withdrawal.  HMEQ, which included 184 participants, showed withdrawal rates of 6.9 – 11.7% for duloxetine versus 10.5% for placebo.

m.  **HMDT** (Feb. 23, 2006) is a general anxiety disorder (GAD) study. This trial was not included in Lilly's Perahia analysis.  The study measured discontinuation rates following tapered discontinuation of duloxetine (60 mg QD and 120 mg QD) and placebo. The trial did not use a symptom checklist to measure withdrawal.  HMDT, which included 205 participants, showed withdrawal rates of 22.1% for duloxetine versus 17.3% for placebo.

n.  **HMDU** (Oct. 29, 2008) is a GAD study. This trial was not included in Lilly's Perahia analysis.  The study measured discontinuation rates following tapered discontinuation of duloxetine (60 mg QD and 120 mg QD), venlafaxine (75 mg to 225 mg QD) and placebo. The trial did not use a symptom checklist to measure withdrawal.  HMDT, which included 298 participants, showed withdrawal rates of 19.4% for duloxetine versus 26.9% for venlafaxine and 14.9% for placebo.

o.  **HMDV** (Aug. 29, 2007) is a GAD study. This trial was not included in

Dr. Perahia's peer-reviewed analysis.  The study measured discontinuation rates following tapered discontinuation of duloxetine (60 mg QD and 120 mg QD) and placebo. The trial did not use a symptom checklist to measure withdrawal.  The study contained an open-label phase, followed by a 26-30 week extension phase (where the participants were randomized), and a three week taper period.  HMDV, which included 429 participants in the taper phase showed withdrawal rates of 17.1% for duloxetine versus 3.8% for placebo, which was statistically significant.

p. **HMEN** (Mar. 04, 2009) is a CLBP study. This trial was not included in Lilly's Perahia analysis.  The study measured discontinuation rates following tapered discontinuation of duloxetine (30 mg QD and 60 mg QD) and placebo. The trial did not use a symptom checklist to measure withdrawal.  HMEN, which included 142 participants in the taper phase showed withdrawal rates of 20.7 – 25% for duloxetine versus 75% for placebo.  This result, however, should be viewed with caution. There were only four participants in the placebo arm (versus 138 in the treatment arms), and three of them expressed some adverse event during the taper phase.  Thus, the 75% figure is underpowered because there were so few patients in the placebo group.  The placebo results are a clear outlier.

q. **HMEO** (Apr. 17, 2008) is a CLBP study. This trial was not included in Lilly's Perahia analysis.  The study measured discontinuation rates following tapered discontinuation of duloxetine (20 mg QD, 60 mg QD, and 120 mg QD) and placebo. The trial did not use a symptom checklist to measure withdrawal.  HMEO, which included 48 participants in the taper phase showed withdrawal rates of 10.2 – 23.47% for duloxetine versus 4.85% for placebo.  In this trial, the discontinuation data was calculated using the total number of patients that entered the study, not the

smaller number that entered the taper phase.  These rates would be higher if the discontinuation symptoms were counted against the smaller number of patients who entered the discontinuation phase.

r.  **HMEQ** (Oct. 29, 2008) is a DPNP study.  This trial was not included in Lilly's Perahia analysis.  The study measured discontinuation rates following tapered discontinuation of duloxetine (60 mg QD and 120 mg QD) and placebo. The trial did not use a symptom checklist to measure withdrawal.  HMEQ, which included 184 participants in the taper phase showed withdrawal rates of 6.9 – 11.7% for duloxetine versus 10.5% for placebo.

s.  **HMFG** (Dec. 1, 2008) is an OA study.  This trial was not included in Lilly's Perahia analysis.  The study measured discontinuation rates following tapered discontinuation of duloxetine (60 mg QD and 120 mg QD) and placebo. The trial did not use a symptom checklist to measure withdrawal.  HMFG, which included 217 participants in the taper phase showed withdrawal rates of 3.4 – 8.1% for duloxetine versus 1.8% for placebo.

t.  **HMGC** (Sept. 10, 2009) is a CLBP study.  This trial was not included in Lilly's Perahia analysis.  The study measured discontinuation rates following tapered discontinuation of duloxetine (30 mg QD) and placebo. The trial did not use a symptom checklist to measure withdrawal.  HMGC, which included 322 participants in the taper phase showed withdrawal rates of 3.8% for duloxetine versus 4.2% for placebo.

u.  **SBBR** (May 9, 2005) is a SUI study.  This trial was not included in Lilly's Perahia analysis.  The study measured discontinuation rates following tapered discontinuation of duloxetine (40 mg BID) and placebo. The trial did not use a symptom checklist to measure withdrawal.  SBBR, which included 156 participants in the taper phase showed withdrawal

rates of 36.6 – 43.9% for duloxetine versus 23.8% for placebo.

v. **SBBT** (May 24, 2005) is a SUI study.  This trial was not included in Lilly's Perahia analysis.  The study measured discontinuation rates following tapered discontinuation of duloxetine (80 mg QD) and placebo.  The trial did not use a symptom checklist to measure withdrawal.  SBBT, which included 93 participants in the taper phase showed withdrawal rates of 10% for duloxetine versus 7.5% for placebo.  It should be noted, however, that this data was only collected from those participants who chose to participate in the follow phase.

w. **SBBU** (Apr. 18, 2005) is a SUI study.  This trial was not included in Lilly's Perahia analysis.  The study measured discontinuation rates following tapered discontinuation of duloxetine (80 mg QD) and placebo.  The trial did not use a symptom checklist to measure withdrawal.  SBBT, which included 83 participants in the taper phase showed withdrawal rates of 2.7% for duloxetine versus 4.3% for placebo.  It should be noted, however, that this data was only collected from those participants who chose to participate in the follow phase.

20.    In sum, there are various withdrawal rates calculated by Lilly that I have reviewed in forming my opinions in this case.  There is the withdrawal rate expressed in Lilly's 2005 Perahia analysis, i.e., between 44.3 – 50%.  There is the withdrawal rate expressed in Lilly's 2011 Pooled Analysis, suggesting withdrawal for 18.6 – 32.4% of Cymbalta patients.  And, most notably, there is the withdrawal rate expressed in Lilly's two clinical trials where a symptom checklist was used, showing withdrawal in 74.1 – 78.1% of patients.  Regardless of which rate is considered, it is clear that there is a significant and serious risk associated with Cymbalta discontinuation, and that the Cymbalta label, with its 1 or 2% language, does not adequately disclose that risk.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of August, 2015 in Los Angeles, California.

_____.

Joseph Glenmullen, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2015, a true and correct copy of the foregoing Declaration of Joseph Glenmullen, M.D. was served via Electronic Mail and United States Mail, upon the following:

Michael X Imbroscio *(pro hac vice)*
Phyllis A. Jones *(pro hac vice)*
Kathleen E. Paley *(pro hac vice)*
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
mimbroscio@cov.com
pajones@cov.com
kpaley@cov.com


Attorneys for Eli Lilly and Company


/s/ R. Brent Wisner
R. Brent Wisner