

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. 2:13-cv-02702-SVW-MAN

Title: Claudia Herrera et al v. Eli Lilly and Company et al

Date: 8/7/2015
Time: 3:00 P.M.

**JURY NOTE NUMBER** 1

✓     THE JURY HAS REACHED A UNANIMOUS VERDICT

_____     THE JURY REQUESTS THE FOLLOWING:

DATE: 8/7/2015     SIGNED: REDACTED AS TO FOREPERSON'S NAME