FILED
CLERK, U.S. DISTRICT COURT
AUG -7 2015
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA HERRERA AND PETER LOWRY, | CASE NO. 2:13-cv-02702-SVW-MAN |
| Plaintiffs, | VERDICT FORM |
| v. | |
| ELI LILLY AND COMPANY, an Indiana Corporation, | |
| Defendant. | |

We, the Jury, in the above-entitled case, answer the questions submitted to us as follows:

<u>Strict Liability (Failure to Warn)</u>

1. Do you find for the Plaintiff on her claim for strict liability?

    Yes ___   No ✓

<u>Negligence (Misrepresentation/Failure to Warn)</u>

2. Do you find for the Plaintiff on her claim that Lilly was negligent?

          Yes ___   No ✓

### Intentional Misrepresentation

3.    Do you find for the Plaintiff on her claim that Defendant made a false representation?

          Yes ___   No ✓

### Damages

Only complete this section if you answered "yes" for any of Question 1–3. Otherwise please sign and date the verdict form, and notify the Court that the jury has finished deliberating.

4.    Please enter the total amount of money that will reasonably compensate Plaintiff, Claudia Herrera, for her harm. Do not reduce the damages based on Herrera's fault.

        Noneconomic Damages: $ _____

5.    Do you find that there was any potion of Plaintiff's damages that she could have avoided with reasonable efforts or expenditures?

          Yes ___   No ___

6.    If you answered "yes" to Question 6, by what amount do you reduce Plaintiff's damages due to her failure to take reasonable efforts or expenditures to avoid her damages?

Reduction Amount: $ _____

<u>Comparative Fault</u>

7a. Do you find for Lilly on its assertion that Herrera's own negligent failure to follow Patel's instructions contributed to her harm?

Yes ___   No ___

7b. If you answered "yes," to Question 7a, what percentage of responsibility for Herrera's harm do you assign to each party listed below?

Defendant: _____%
Plaintiff: _____%

When you have finished answering all applicable questions, please sign and date the verdict form, and notify the Court that the jury has finished deliberating.

DATED: August 7, 2015

REDACTED AS TO FOREPERSON'S NAME

3