FILED
CLERK, U.S. DISTRICT COURT

AUG 1 0 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## JS-6

| | |
|---|---|
| Claudia Herrera et al<br><br>PLAINTIFF(S)<br>v.<br>Eli Lilly and Company et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:13-cv-02702-SVW-MAN<br><br><br>**JUDGMENT ON THE VERDICT<br>FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable  STEPHEN V. WILSON ,
District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Claudia Herrera

take nothing; that the  action be dismissed on the  merits; and that the defendant(s):

Eli Lilly and Company et al

recover of the plaintiff(s) its costs of action, taxed in the sum of  TO BE DETERMINED.

Clerk, U. S. District Court

By _____
Deputy Clerk

Connie Lee

Dated:  8/10/15

At:  Los Angeles, CA

cc:    Counsel of record