# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:13-cv-02701-SVW-MAN<br>2:13-cv-02702-SVW-MAN | Date | October 13, 2015 |
|---|---|---|---|
| Title | Erin Hexum et al v. Eli Lilly and Company et al<br>Claudia Herrera et al v. Eli Lilly and Company et al | | |

Present: The Honorable    STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Deborah Gackle | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**     [265][257] IN CHAMBERS ORDER RE Motion for Sanctions

In light of the history of the litigation in these cases and the facts and circumstances surrounding the motions at bar, the Court FINDS that sanctions against Defendant are not warranted. The Court therefore DENIES Plaintiffs' motions for sanctions. (2701 Dkt. 265; 2702 Dkt. 257.)

Initials of Preparer                      :